CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/7/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| FAITH HAMMER, *Plaintiff*, v. JOHNSON SENIOR CENTER, INC., *et al.*, *Defendants*. | CASE NO. 6:19-cv-27 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on defendants Ashley Canipe and Melessa Dolan's motion for default judgment against third-party defendant Life Care Management and crossclaim defendant James Dolan. Dkt. 55. Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for a Report & Recommendation ("R&R"). Dkt. 56. Judge Ballou filed the R&R, Dkt. 60, recommending that the motion be denied. No objections to the R&R were filed within fourteen days of its service upon the parties. After reviewing the record in this case, I adopt the R&R in its entirety.

Accordingly, the Court hereby

1. **ADOPTS** the R&R of November 16, 2020, Dkt. 60, in its entirety; and

2. **DENIES** defendants Ashley Canipe and Melessa Dolan's motion for default judgment, Dkt. 55.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this __7th__ day of December, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE