CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/17/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| FAITH HAMMER<br><br>      *Plaintiff,*<br><br>v.<br><br>JOHNSON SENIOR CENTER, INC., et al.<br><br>      *Defendant.* | CASE NO. 6:19-cv-27<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter comes before the Court on Plaintiff's motion for attorney's fees, Dkt. 92, and motion for entry of final judgment, Dkt. 100. On April 5, 2021, Plaintiff filed a Petition for Award of Reasonable Attorney's Fees and Costs and supporting memorandum, Dkt. 92 and 94. On September 2, 2021, the Court referred the Petition to Magistrate Judge Robert S. Ballou, Dkt. 98. On December 20, 2021, Judge Ballou filed his Report and Recommendation, Dkt. 99. None of the parties have objected to the R&R.

Finding no reason to differ from Judge Ballou's well-reasoned R&R, the Court hereby:

- ADOPTS the R&R, Dkt. 99, in full;

- GRANTS Plaintiff's motion for attorney's fees, Dkt. 92;

- AWARDS Plaintiff $87,424.61 in attorney's fees and $3,420.01 in costs; and

- GRANTS Plaintiff's motion or entry of final judgment.

It is so ORDERED.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this 17th day of March 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE